1

2

3

4                              UNITED STATES DISTRICT COURT

5                             NORTHERN DISTRICT OF CALIFORNIA

6

7    CLINTON HARRY STODDARD,              Case No.  24-cv-08269-JSC

8                    Plaintiff,

                                          **ORDER TO UPDATE ADDRESS OR**
9         v.                              **SHOW CAUSE**

10   THE USC POLICE,

11                   Defendant.

12          Plaintiff, proceeding without an attorney, filed this civil action while an inmate in Salem,

13   Oregon.  On November 21, 2024, notices to file a complaint, to pay the filing fee or file a

14   completed application to proceed in forma pauperis, and of assignment to a United States

15   Magistrate Judge were mailed to Plaintiff at the address he provided in his complaint.  (ECF Nos.

16   1-4.)  On December 23, 2024, the notices were returned by the postal service because the mail

17   could not be delivered to him at the address he provided.  (ECF No. 5.)  On December 27, 2024,

18   the order reassigning this case to the undersigned District Judge was mailed to Plaintiff at the

19   same address and returned as undeliverable on January 6, 2025.  (ECF Nos. 7,8.)  Plaintiff has not

20   provided the Court with his new address.

21          Pursuant to Northern District Civil Local Rule 3-11:

22              (a) **Duty to Notify.** An attorney or a party proceeding pro se whose
                address changes while an action is pending must promptly file with
23              the Court and serve upon all opposing parties a Notice of Change of
                Address specifying the new address.
24

25              (b) **Dismissal Due to Failure.** The Court may, without prejudice,
                dismiss a complaint or strike an answer when:
26
                    (1) Mail directed to the attorney or pro se party by the Court
27              has been returned to the Court as not deliverable; and

28                  (2) The Court fails to receive within 60 days of this return a
                written communication from the attorney or pro se party indicating a

United States District Court
Northern District of California

current address.

Civ. L.R. 3-11; *see also Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (affirming dismissal with prejudice of pro se prisoner's complaint for failing to notify court of his change of address despite local rule providing that case be dismissed without prejudice because any lesser sanction would impose affirmative obligation for district courts to track down pro se prisoners).

On or before February 21, 2025, Plaintiff shall: (1) provide a current valid mailing address and any identification number necessary for him to receive mail; or (2) show cause why this case should not be dismissed without prejudice under Civil Local Rule 3-11. **The failure to do so may result in the dismissal of this case without prejudice.**

IT IS SO ORDERED.

Dated:  January 14, 2025

JACQUELINE SCOTT CORLEY
United States District Judge